**Opinion issued June 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00128-CV**

———————————

**LATRICIA D. HENDERSON, Appellant**

**V.**

**JOEL GONZALEZ, Appellee**

On Appeal from the County Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1042774

**MEMORANDUM OPINION**

Appellant, Latricia D. Henderson, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2013); Order Regarding Fees Charged in the Supreme

Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.